ACCEPTED
14-15-00694-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
12/28/2015 10:31:59 AM
CHRISTOPHER PRINE
CLERK

## CAUSE NO. 14-15-00694-CV

**IN THE FOURTEENTH COURT OF APPEALS**
**HOUSTON, TEXAS**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
12/28/2015 10:31:59 AM
CHRISTOPHER A. PRINE
Clerk

**EHIMAREY H. OKPERE,**
*APPELLANT,*
**V.**

**NATIONAL OILWELL VARCO, L.P., ROBBINS & MYERS,**
**INC. AND T3 ENERGY SERVICES, LLC,**
*APPELLEES.*

**Appealed from the 61ST Judicial District Court**
**of Harris County, Texas**

**APPELLANT'S UNOPPOSED**
**MOTION FOR EXTENSION OF TIME**

TO THE HONORABLE COURT OF APPEALS:

Appellant, Ehimarey H. Okpere, (the "Appellant"), files this unopposed motion for an extension of time to file his reply brief, pursuant to Rule 10.5(b) of the Texas Rules of Appellate Procedure.

This is Appellant's first request for an extension of time. Appellant filed his brief on October 23, making Appellee's brief originally due November 23. Appellees requested a thirty-day extension of time to file their brief, which was unopposed, and the court granted this relief. Appellee's brief is now due Wednesday, December 23. Appellant's reply brief will be due on January 12,

2016. Appellant requests a twenty-day extension of time to file his brief, making it due on Monday, February 1, 2016.

As support for this motion, Appellant's lead counsel would show that he has longstanding holiday vacation plans with his family during the timeframe December 26, 2015 through January 4, 2016. These vacation plans were made prior to the Notice of Appeal in this case. Lead counsel will be out-of-state during that period.

Counsel for Appellee does not oppose the relief requested in this motion.

WHEREFORE, Appellant, Ehimarey H. Okpere requests a twenty-day extension of time to file his Reply Brief, making the brief due Monday, February 1, 2016.

Respectfully submitted,

THE LAW OFFICES OF FILTEAU & SULLIVAN, LTD, LLP.


By: */s/Robert J. Filteau*
       Robert J. Filteau
       Texas State Bar No. 06997300
       Fed. I.D. No. 3540
       John A. Sullivan, III
       Texas State Bar No. 19483500
       Fed. I.D. No. 1398
       9894 Bissonnet, Suite 865
       Houston, Texas 77036
       (713) 236-1400 Telephone
       (713) 236-1706 Telecopier


**ATTORNEY FOR APPELLANT/PLAINTIFF, EHIMAREY H. OKPERE**

## CERTIFICATE OF CONFERENCE

Pursuant to Tex. R. APP. P. 10.1(5), this is to certify that the undersigned attorney has conferred with Counsel for Appellees, Ms. Jane Robinson. Ms. Robinson is not opposed to this motion on the merits.

/s/Robert J. Filteau
Robert J. Filteau

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of December, 2015, a true and correct copy of the foregoing *Appellant's Unopposed Motion for Extension of Time* was served via electronic mail and/or facsimile on the following:

**Counsel for Appellee:**

Jane Robinson
Ahmad Zavitsnos Anaipakos Alavi & Mensing, PC
1221 McKinney, Suite 3460
Houston, Texas 77010
713-655-0062 (fax)

*/s/Robert J. Filteau*
Robert J. Filteau